# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 12, 2006

*Before*

Hon. Joel M. Flaum, *Chief Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

No. 05-4398

| | |
|---|---|
| LILA T. GAVIN, on behalf of herself and of all persons similarly situated, <br>     *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 01 C 2721 |
| AT&T CORP. and GEORGESON SHAREHOLDER COMMUNICATIONS, INC., <br>     *Defendants-Appellees*, | John F. Grady, *Chief Judge*. |

.

**O R D E R**

The opinion in this case issued on September 6, 2006, is amended as follows:

Slip op. at 1, third line of opinion: the words "15 U.S.C. § 78u–4 *et seq*" are deleted.

Slip op. 2, 3d line from end of page: the words "(but in federal court, so avoiding SLUSA)" are changed to read: "(but under federal law, so avoiding SLUSA)".

**SO ORDERED**.